FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 DEC 10  PH 4: 53

JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SHANNON THOMAS

| | |
|---|---|
| CASE NO. | 3:14-cr-222-J-25PDB |
| Ct. 1: | 18 U.S.C. §§ 922(g) and 924(a)(2) |
| Forfeiture: | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 13, 2014, in Duval County, in the Middle District of Florida,

SHANNON THOMAS,

the defendant herein, did knowingly possess, in and affecting interstate

commerce, a firearm, that is, an Armalite, Model AR10, 7.62 rifle, serial number

US392746, after having been convicted of a crime punishable by imprisonment for

a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## FORFEITURE

1.      The allegations contained in Count One of this Indictment are

incorporated by reference for the purpose of alleging forfeitures under Title 18,

United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      The defendant, SHANNON THOMAS, upon conviction of a violation of Title 18, United States Code, Section 922(g) and/or 924(a)(2), shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3.      The property to be forfeited includes, but is not limited to, an Armalite, Model AR10, 7.62 rifle, serial number US392746,

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c).

A TRUE BILL,

_Dean C. Shackelford_
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
JAY TAYLOR
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### SHANNON THOMAS

## INDICTMENT

Violations:

Ct. 1:  18 U.S.C. §§ 922(g) and 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this _10th_ day

of December, 2014.

_____
Clerk

Bail   $_____