FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

5-15-15

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.    3:15-cr-222(S1)-J-25PDB
                                              Ct. 1:      18 U.S.C. § 1001
SHANNON THOMAS

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

4 PDB

On or about July 13, 2015 at Duval County, in the Middle District of Florida, SHANNON THOMAS, the defendant herein, did knowingly and willfully make a materially false statement and conceal a material fact in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, a department or agency of the United States, specifically by giving a false name to Task Force Agent Mark Sikes during the course of an investigation when, as the defendant well knew, the false name

could obstruct and mislead agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

All in violation of Title 18, United States Code, Section 1001.

A. LEE BENTLEY, III
United States Attorney

By: _____
JAY TAYLOR
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division