PROB
MDFL 05/2013

Order Reducing Supervised-Release Term
Prior to Original Expiration Date

# United States District Court
## FOR THE
### Middle District of Florida

2016 OCT 26 PM 2: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.                                                    Crim. No. 3:14-cr-222(S1)-J-25PDB

Shannon Thomas

## ORDER OF THE COURT

On August 11, 2015, the above named was placed on supervised release for a period of three years following incarceration. Supervision commenced on August 11, 2015. He has successfully completed all the rules and regulations of Reentry Court. It is accordingly ordered that the term of supervision be reduced by a period of one (1) year with a new expiration date of August 10, 2017.

Dated this __24th__ day of __October__, 2016.

The Honorable Timothy J. Corrigan
United States District Judge